# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCQUAL ANDREWS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. KLAWITTER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01671-BAM PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND ASSIGN A DISTRICT JUDGE |

　　On October 3, 2011, Plaintiff Marcqual Andrews, an inmate at the Kern County Jail proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. The action was administratively designated as one involving a prisoner litigating the conditions of his jail confinement. The Court has reviewed the complaint and determined that the present action involves allegations of physical force during arrest rather than conditions of jail confinement.

　　Accordingly, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil rights action (440).

　　IT IS SO ORDERED.

Dated:　　**December 14, 2011**　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE