1
2
3
4

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

5
6
7
8
9
10
11

MARCQUAL ANDREWS,

                          Plaintiff,

     v.

P. KLAWITTER, et al.,

                          Defendants.

_____/

CASE NO. 1:11-cv-01671-BAM PC

ORDER DIRECTING CLERK OF THE COURT
TO ADMINISTRATIVELY REDESIGNATE
CASE AS A REGULAR CIVIL ACTION AND
ASSIGN A DISTRICT JUDGE

12
13
14
15
16
17

On October 3, 2011, Plaintiff Marcqual Andrews, an inmate at the Kern County Jail proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The action was administratively designated as one involving a prisoner litigating the conditions of his jail confinement.  The Court has reviewed the complaint and determined that the present action involves allegations of physical force during arrest rather than conditions of jail confinement.

18
19

Accordingly, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil rights action (440).

20
21

IT IS SO ORDERED.

Dated:   **December 14, 2011**          _____ **/s/ Barbara A. McAuliffe** _____
                                                              UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28

1